UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

RONALD BURT KRULL,

        Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

## ASSAULT BY STRANGULATION

On or about April 5, 2024, in Chippewa County, on land held in trust by the United States for the use of the Sault Ste. Marie Tribe of Chippewa Indians, in the Northern Division of the Western District of Michigan, the defendant,

RONALD BURT KRULL,

an Indian, assaulted his intimate partner and dating partner, NH, by strangling and attempting to strangle her.

18 U.S.C. § 113(a)(8)
18 U.S.C. §§ 113(b)(3), (4)
18 U.S.C. §§ 2266(7)(A)(i)(II), (10)
18 U.S.C. § 1151
18 U.S.C. § 1153

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
JACOB S. METOXEN
Assistant United States Attorney